# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-4884-VBF (JWJ) | Date | March 11, 2008 |
|---|---|---|---|
| Title | Sergio Nevarez v. J. Walker | | |

| Present: The Honorable | **Jeffrey W. Johnson, United States Magistrate Judge** | |
|---|---|---|
| Yesenia Caro | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    ORDER TO SHOW CAUSE

The respondent is **ORDERED** to Show Cause, within **ten (10) days** of the date of service of this Order, as to why the petition for writ of habeas corpus should not be granted in light of respondent's failure to file requisite information as ordered by the Court on February 1, 2008.

The Clerk of Court is **ORDERED** to provide respondent with a duplicate copy of the Court's Order of February 1, 2008.

cc:  Parties of Record

                                                                                          00  :  00

Initials of Preparer