

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SERGIO NEVAREZ,<br><br>        Petitioner,<br><br>vs.<br><br>J. WALKER, Warden,<br><br>        Respondent. | Case No. CV 07-4884-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

      IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///
///
///

1      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on petitioner.
3  DATED: _____July 3, 2008_____

5                                  _____
6                                  VALERIE BAKER FAIRBANK
                                  United States District Judge

The Court further finds that Petitioner has not demonstrated that extraordinary circumstances beyond his control made it impossible to file a petition on time.

- 2 -