FILED
CLERK, U.S. DISTRICT COURT

JUL - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SERGIO NEVAREZ, | Case No. CV 07-4884-VBF (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| J. WALKER, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: _____July 3, 2008_____

_____
VALERIE BAKER FAIRBANK
United States District Judge